IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TIGARD ELECTRIC, INC., an Oregon corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-1141-KI |
| vs. | ) ) | ORDER |
| HOWARD S. WRIGHT CONSTRUCTION CO., a Washington corporation; and FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Bradley S. Copeland
Arnold Gallagher Saydack Percell
Roberts & Potter, P.C.
800 Willamette Street, Suite 800
Eugene, Oregon  97401

    Attorney for Plaintiff

Page 1 - ORDER

Michael P. Grace
Groff Murphy Trachtenberg & Everard PLLC
300 East Pine Street
Seattle, Washington  98122

      Attorney for Defendants

KING, Judge:

      Defendants' Motion to Dismiss Case, Motion to Compel Arbitration, and Motion for Attorney Fees (#13) is granted in part and denied in part.  I compel arbitration on the first claim for relief for breach of contract.  I stay the second claim for relief for recovery on the bond until 45 days after the arbitrator issues a determination on the first claim.  I decline to award attorney fees but the parties may bring that issue to the arbitrator.  Plaintiff is asked to file a status report by January 22, 2007, or sooner if the arbitration is completed.  The pretrial order lodging date will be moved to February 28, 2007, to allow the court to track the case.

      IT IS SO ORDERED.

      Dated this    21st    day of July, 2006.

                                                               /s/ Garr M. King
                                                              Garr M. King
                                                              United States District Judge